UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRANDA JAMIELLE DIXON,<br><br>Petitioner,<br><br>v.<br><br>W. Z. JENKINS, II,<br><br>Respondent. | Case No. 18-CV-01308 LHK (PR)<br><br>**ORDER OF DISMISSAL** |

On February 28, 2018, petitioner, proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, and a motion for leave to proceed *in forma pauperis* ("IFP"). That same day, the court sent a notice to petitioner, informing her the IFP application she filed was deficient. The court provided petitioner with a blank IFP application, along with a return envelope, and notification that the case would be dismissed if petitioner failed to pay the fee, or file a completed application with supporting documentation within twenty-eight days. More than twenty-eight days have passed and petitioner has not paid the filing fee, nor has she filed a completed IFP application.

Thus, the instant action is DISMISSED without prejudice. The clerk shall terminate all pending motions, enter judgment, and close the file.

Case No. 18-CV-01308 LHK (PR)
ORDER OF DISMISSAL

1

**IT IS SO ORDERED.**

DATED: 4/16/2018

_Lucy H. Koh_
LUCY H. KOH
UNITED STATES DISTRICT JUDGE